IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chymica Williams, :
:
    Plaintiff(s) :
: Case Number: 1:19cv70
vs. :
: Chief Judge Susan J. Dlott
Sterling Jewelers, Inc., :
:
    Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 30, 2019 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 13, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for judgment on the pleadings (Doc. 15) is DENIED.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                     Judge Susan J. Dlott
                                                     United States District Court