# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CHYMICA WILLIAMS,** | ) |
| Plaintiff. | ) Case No.: 1:19-cv-00070-SJD-KLL |
| v. | ) |
| **STERLING JEWELERS, INC. d/b/a KAY JEWELERS,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 24, 2020          By: */s/ Joseph C. Hoeffel*
                                      Joseph C. Hoeffel, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Richik Sarkar, Esquire
>McGlinchey Stafford, PLLC
>3401 Tuttle Road, Suite 200
>Cleveland, OH 44122
>rsarkar@mcglinchey.com
>Attorney for Defendant

Dated: February 24, 2020			By: */s/ Joseph C. Hoeffel*
			Joseph C. Hoeffel, Esquire
			Kimmel & Silverman, P.C.
			30 E. Butler Pike
			Ambler, PA 19002
			Phone: (215) 540-8888
			Fax: (877) 788-2864
			Email: jhoeffel@creditlaw.com