# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHYMICA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:19-cv-00070-SJD |
| | § | |
| v. | § | |
| | § | |
| STERLING JEWELERS, INC. d/b/a KAY JEWELERS, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Richik Sarkar | */s/* Joseph C. Hoeffel |
| Richik Sarkar, Esq. | Joseph C. Hoeffel, Esq. |
| Dinsmore & Shohl | Kimmel & Silverman, P.C. |
| 1001 Lakeside Avenue E | 30 East Butler Pike |
| North Point Tower, Suite 990 | Ambler, PA 19002 |
| Cleveland, OH 44114 | Phone: 215-540-8888 |
| Phone: 216-413-3861 | Fax: 215-540-8817 |
| Email: Richik.sarkar@dinsmore.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: June 22, 2020 | Date: June 22, 2020 |

BY THE COURT:

_____

J.

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Richik Sarkar, Esq.
Dinsmore & Shohl
1001 Lakeside Avenue E
Northpoint Tower, Suite 990
Cleveland, OH 44114
Phone: 216-413-3861
Email:  Richik.sarkar@dinsmore.com
Attorney for the Defendant


Dated: June 22, 2020					By: /s/ Joseph C. Hoeffel
							Joseph C. Hoeffel, Esq.
							Kimmel & Silverman, P.C.
							30 E. Butler Avenue
							Ambler, PA 19002
							Tel: 215-540-8888
							Fax: 215-540-8817
							Email: jhoeffel@creditlaw.com
							Attorney for Plaintiff